# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MARTIN, an individual, and DANETTE BILLS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC., a Delaware Limited Liability Company, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-02269 AB(SPx)<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Parties' stipulation under Federal Rule of Civil Procedure 41(a)(1)(ii), THIS ACTION IS **DISMISSED WITH PREJUDICE** as to all claims and causes of action, and parties, with each party bearing their own attorney's fees and costs. All dates and hearings are **VACATED**. The clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: March 13, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE